**No. 64464.**—Alfred H. Marzolf et al. *v.* United States, protests 248158–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "A" consist of fresh, chilled, or frozen pork similar in all material respects to that the subject of Abstract 59714, and the items marked "B" consist of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claims of the plaintiffs were sustained.

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "B" consist of fresh, chilled, or frozen pork similar in all material respects to that the subject of Abstract 59714, and the items marked "C" consist of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claims of the plaintiff were sustained.

**No. 64466.**—Alfred H. Marzolf *v.* United States, protests 253615–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "A" consist of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), and that the items marked "B" consist of fresh, chilled, or frozen pork similar in all material respects to that the subject of Abstract 59714, the claims of the plaintiff were sustained.